# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Tarnesha Y. Gibbs<br>fka Tarnesha Stewart Gibbs<br>fka Tarnesha Stewart<br><br>Debtor(s) | In Proceedings<br>Under Chapter 13<br><br>BK 18−40412−lkg |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−3949

## ORDER CLOSING CASE

The trustee in the above−captioned chapter 13 case having performed all duties required of him/her in the administration of the estate; **IT IS ORDERED** that the chapter 13 trustee is discharged as trustee in the case, that he/she and the sureties on his/her bond are released from further liability in the case, and that the case is **CLOSED**.

ENTERED: December 13, 2018         /s/ Laura K. Grandy
                                   UNITED STATES BANKRUPTCY JUDGE